SMITH EIBELER, LLC
Robert W. Smith, Esq.
101 Crawfords Corner Road, Suite 1-105R
Holmdel, New Jersey 07733
Tel: (732) 935-7246
Fax: (732) 444-1096

MARKOVITS, STOCK & DEMARCO, LLC
3825 Edwards Road, Suite 650
Cincinnati, Ohio 452069
Tel: (513) 651-3700
Fax: (513) 665-0219

*Attorneys for Plaintiff*

In the United States District Court
for the District of New Jersey

| | |
|---|---|
| Daniel Kessler, | Case No. 1:18-cv-11867-RMB-KMW |
| Plaintiff, | |
| v. | |
| Joarder Properties Limited Liability Company, *et al.* | **NOTICE OF MOTION TO DISMISS PLAINTIFFS** |
| Defendants. | |

TO:   Kathleen M. Caminiti, Esq.
      Fisher & Phillips, LLP
      430 Mountain Avenue, Suite 303
      Murray Hill, NJ 07974

**PLEASE TAKE NOTICE** that on November 5, 2018, or as soon thereafter as counsel may be heard, Plaintiff shall apply on Motion to the United States District Court for the District of New Jersey before the Honorable Renee Marie Bumb, U.S.D.J., for an Order dismissing the claims of Plaintiffs, Daniel Kessler, George Harmis, David Nesbihal, Bernard Peraino, Sean Rogawski and Vincent Viespoli without prejudice; and

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, Plaintiff relies upon the Brief submitted in support hereof.

Dated: October 8, 2018                  *s/ Robert W. Smith*
                                                SMITH EIBELER, LLC
                                                Robert W. Smith, Esq.
                                                101 Crawfords Corner Road, Suite 1-105R
                                                Holmdel, New Jersey 07733
                                                Tel: (732) 935-7246
                                                Fax: (732) 444-1096
                                                Email: rsmith@smitheibeler.com

                                                *Attorney for Plaintiff*