```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
                    CAMDEN VICINAGE
```

| | |
|---|---|
| DANIEL KESSLER, on behalf of himself and those similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>JOARDER PROPERTIES LIMITED LIABILITY COMPANY, et al.,<br><br>             Defendants. | Civil No. 18-11867(RMB/KMW)<br><br>**ORDER** |

This matter comes before the Court upon a brief, filed by Defendants Joarder Properties, LLC and Salim Joarder ("Defendants")[Dkt. No. 52], in response to this Court's Opinion and Order, dated May 17, 2019 [Dkt. Nos. 50, 51]. In this brief, Defendants represent to this Court that Plaintiff Daniel Kessler ("Plaintiff") agreed to settle this case for a total of $2,875.60 in mileage reimbursements [Dkt. No. 52, at 2-3]. Defendants also submitted a signed agreement, in which Plaintiff agreed to voluntarily dismiss this case [Dkt. No. 52, Ex. B]. Having reviewed this agreement, the Court is reassured that it does not purport to resolve Plaintiff's Fair Labor Standards Act ("FLSA") claims, nor bars him from pursuing those claims in the future (if so desired).

As Plaintiff retains his right to pursue his FLSA claims, but does not wish to do so at this time, there is no longer a bona fide dispute over FLSA provisions. Therefore, this Court finds that dismissal without prejudice is warranted.

ACCORDINGLY, IT IS on this **18th** day of **June 2019**, hereby

**ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE;** and it is further

**ORDERED** that the Clerk of the Court shall close this case.

s/ Renee Marie Bumb
RENÉE MARIE BUMB
United States District Judge